IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-214-RAH |
| | ) |
| EBSCO SIGN GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On October 20, 2020, the Magistrate Judge entered a Recommendation (Doc. 26) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 26) is ADOPTED;

2. The Defendant's Motion to Partially Dismiss (Doc. 5) is GRANTED; and

3. The Plaintiff's Title VII claims are DISMISSED as untimely.

This case is not closed and shall proceed on the remaining claims.

DONE, this 3rd day of December, 2020.

　　　　　　　　　　　　　　　　　　/s/ R. Austin Huffaker, Jr.
　　　　　　　　　　　　　　　　　R. AUSTIN HUFFAKER, JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE